JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIE HYUN,**<br><br>PLAINTIFF,<br><br>v.<br><br>**FINANCIAL CREDIT NETWORK, INC.,**<br><br>DEFENDANTS. | Case No: 2:14-CV-07500-RGK-AJW<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. R. GARY KLAUSNER |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. The court retains jurisdiction to enforce the settlement of this action.

IT IS SO ORDERED.

Dated: November 24, 2014        _____
                                HON. R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE